FILED

JUN -6 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Franklin Samuel Adler, bar no. 056417

Case No. CV 19-80149 MISC JD

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Franklin Samuel Adler, bar no. 056417

The State Bar of California has notified the United States District Court for the Northern District of California that, effective May 10, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before July 17, 2019,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after July 17, 2019 absent further order of this Court.

**IT IS SO ORDERED**.

Dated: June 6, 2019

_____
JAMES DONATO
United States District Judge

*Attorney-discipline_OSC*
*rev. 11-18*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF FRANKLIN SAMUEL ADLER – BAR #056417<br><br>Respondent. | Case No: 3:19-mc-80149-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 6/7/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Franklin Samuel Adler #56417
424 South Beverly Drive
Beverly Hills, CA 90212

Dated: 6/7/2019

Susan Y. Soong
Clerk, United States District Court

By:_____
William Noble, Director of Case Administration

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

19-MC-80149-D

Sent To: FRANKLIN SAMUEL ADLER
Street, Apt. No.; or PO Box No.: 424 SOUTH BEVERLY DRIVE
City, State, ZIP+4: BEVERLY HILLS, CA 90212

PS Form 3800, August 2006 — See Reverse for Instructions

Article Number: 7009 0820 0001 7221 0814

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FRANKLIN SAMUEL ADLER
424 SOUTH BEVERLY DR
BEVERLY HILLS, CA
90212

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 0820 0001 7221 0814

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540